IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| MARGARET A. and LONNIE CY JONES, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. CV 04-588-S-LMB |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The above-entitled action has been assigned to the undersigned Magistrate Judge out of the civil draw. However, the parties have not consented to the jurisdiction of this Court for all purposes as required by 28 U.S.C. § 636. Therefore, this matter shall be reassigned to a District Judge for all matters.

    THEREFORE, IT IS HEREBY ORDERED that this matter is referred to the Clerk of Court, who shall reassign this matter to a District Judge by separate order.

DATED: **July 28, 2005**.

_____
Honorable Larry M. Boyle
Chief U. S. Magistrate Judge